IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,

    *Plaintiff*,

v.

TODD BLANCHE *et al.*,

    *Defendants*.

Case No. 25-cv-1659

# [PROPOSED] ORDER GRANTING PLAINTIFF SHIRA PERLMUTTER'S MOTION FOR A TEMPORARY RESTRAINING ORDER

This matter came before the Court on Plaintiff's Motion for a Temporary Restraining Order. After consideration of that Motion and all related filings, it is hereby ORDERED that Plaintiff's Motion is GRANTED for substantially the same reasons raised in Plaintiff's memorandum in support of her Motion. The Court therefore ORDERS:

1. That Defendant Todd Blanche is enjoined from exercising the powers of acting Librarian of Congress, all Defendants are enjoined from purporting to appoint any other individual to be acting Librarian of Congress, and Defendant Paul Perkins is enjoined from exercising the powers of acting Register of Copyrights;

2. That any actions taken or contemplated to be taken by Mr. Blanche or any other improperly appointed person as an officer of the Library of Congress are void *ab initio* and without effect;

3. That Plaintiff Shira Perlmutter may not be removed from her office as Register of Copyrights and Director of the Copyright Office, or in any way be treated as having been removed, denied, or obstructed in accessing any of the benefits or resources of her office, or otherwise be obstructed from her ability to carry out her duties, absent a decision by a lawfully appointed Librarian of Congress to remove her from that office;

4. That the Federal Vacancies Reform Act does not authorize the appointment of a temporary acting Librarian of Congress; and

1

5. That Plaintiff Shira Perlmutter remains the Register of Copyrights and Director of the Copyright Office, Mr. Blanche has not lawfully been appointed as the acting Librarian of Congress, and Robert R. Newlen remains the acting Librarian of Congress.

**SO ORDERED.**

Dated: _____       _____
                                                                    UNITED STATES DISTRICT JUDGE