# EXHIBIT A

From: "Morse, Trent M. EOP/WHO"
Date: May 10, 2025 at 2:43:15 PM EDT
To: "Perlmutter, Shira"
Cc: "Gor, Sergio N. EOP/WHO"
Subject: Message from PPO

**CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Shira,

On behalf of President Donald J. Trump, I am writing to inform you that your position as the Register of Copyrights and Director at the U.S. Copyright Office is terminated effective immediately.

Thank you for your service.

Trent Morse
Deputy Director
Presidential Personnel