# EXHIBIT B

**Perkins, Paul (ODAG)**

| | |
|---|---|
| **From:** | Blanche40, Todd (ODAG) |
| **Sent:** | Sunday, May 11, 2025 5:55 PM |
| **To:** | Perkins, Paul (ODAG); Nieves, Brian (ODAG) |
| **Subject:** | Appointments. |
| **Attachments:** | Todd Blanche Acting Librarian of Congress_signed 5.9.25.pdf |

Paul and Brian,

Pursuant to the attached .pdf, in my capacity as the Acting Librarian of Congress, I designate Paul Perkins as the Acting Register of Copyrights and Acting Director of the U.S. Copyright Office. I designate Brian Nieves as the Acting Principal Deputy Librarian of the Library of Congress.

Formal paperwork will be forthcoming.

Thank you for agreeing to help in this important effort,

Todd

Todd Blanche
Deputy Attorney General

---

**From:** Gor, Sergio N. EOP/WHO
**Sent:** Saturday, May 10, 2025 12:31:00 AM
**To:** Blanche40, Todd (ODAG)
**Subject:** [EXTERNAL]


Sent from my iPhone

1

**THE WHITE HOUSE**

WASHINGTON

May 9, 2025

MEMORANDUM FOR TODD BLANCHE
        Deputy Attorney General

Pursuant to the Constitution and the laws of the United States, including section 3345(a) of title 5, United States Code, you are directed to perform the duties of the office of the Librarian of Congress.

