AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Perlmutter | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-1659 |
| Blanche, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Shira Perlmutter                .

Date:   05/22/2025

/s/ Brian D. Netter
*Attorney's signature*

Brian D. Netter (Bar No. 979362)
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043

*Address*

bnetter@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*