AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Shira Perlmutter | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-01659 |
| Todd Blanche, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Todd Blanche, Paul Perkins, Sergio Gor, Trent Morse, Executive Office of the President, Donald J. Trump    .

Date:      05/27/2025

/s/ Benjamin Hayes
*Attorney's signature*

Benjamin Hayes (DC Bar No. 1030143)
*Printed name and bar number*

950 Pennsylvania Avenue, NW
Washington, DC 20530

*Address*

Benjamin.T.Hayes@usdoj.gov
*E-mail address*

(202) 514-8214
*Telephone number*

*FAX number*