AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Shira Perlmutter | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01659 |
| Todd Blanche, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Todd Blanche, Paul Perkins, Sergio Gor, Trent Morse, Executive Office of the President, Donald J. Trump.

Date: 05/28/2025

/s/ Stanley E. Woodward, Jr.
*Attorney's signature*

Stanley E. Woodward, Jr (D.C. Bar No. 997320)
*Printed name and bar number*

950 Pennsylvania Avenue NW
Washington, D.C. 20530
*Address*

stanley.woodward@usdoj.gov
*E-mail address*

(202) 514-2291
*Telephone number*

*FAX number*