IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRA PERLMUTTER, <br><br> *Plaintiff*, <br><br> v. <br><br> TODD BLANCHE *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-01659-TJK |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion, the Court hereby GRANTS the Motion.  The

Court hereby ORDERS the following briefing schedule:

- **Plaintiff's motion for summary judgment: June 5, 2025;**

- **Defendants' opposition to Plaintiff's motion for summary judgment: June 12, 2025; and**

- **Plaintiff's reply in support of her motion for summary judgment: June 16, 2025.**

It is SO ORDERED.


Dated: _____          _____

                                        TIMOTHY J. KELLY
                                        UNITED STATES DISTRICT JUDGE