AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Shira Perlmutter | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-01659-TJK |
| Todd Blanche, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Shira Perlmutter.

Date:   06/03/2025

/s/ Adeel Mohammadi
*Attorney's signature*

Adeel Mohammadi (CA Bar No. 343137)
*Printed name and bar number*

Munger, Tolles & Olson LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071
*Address*

adeel.mohammadi@mto.com
*E-mail address*

(213) 683-9543
*Telephone number*

*FAX number*