IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRA PERLMUTTER,<br><br>    *Plaintiff*,<br><br>v.<br><br>TODD BLANCHE *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-01659-TJK |

## JOINT STATUS REPORT

Pursuant to the Court's June 3, 2025 order, the parties have conferred and respectfully request that the Court enter the following briefing schedule for Plaintiff's motion for preliminary injunction:

- Plaintiff's motion for preliminary injunction: **June 10**
- Defendants' opposition to Plaintiff's motion: **June 24**
- Plaintiff's reply in support of motion: **July 1**
- Hearing on preliminary injunction: **The parties respectfully request that the Court schedule a hearing at its convenience for the week of July 7 or July 14-16.**

Dated: June 4, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director
Federal Programs Branch

Respectfully,

/s/ *Allyson R. Scher*
Brian D. Netter (D.C. Bar No. 979362)
Allyson R. Scher (D.C. Bar No. 1616379)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org

| | |
|---|---|
| /s/ *Benjamin Hayes (by permission)* <br> Benjamin Hayes <br> Senior Counsel to the Assistant Attorney  General <br> U.S. Department of Justice, Civil Division <br> 950 Pennsylvania Avenue, NW <br> Washington, DC 20530 <br> (202) 856-8207 <br> Benjamin.T.Hayes@usdoj.gov <br><br> *Counsel for Defendants* | Donald B. Verrilli, Jr. (D.C. Bar. No. 420434) <br> Ginger D. Anders (D.C. Bar No. 494471) <br> MUNGER, TOLLES & OLSON LLP <br> 601 Massachusetts Avenue, NW, Suite 500E <br> Washington, D.C. 20001 <br> (202) 220-1100 <br> donald.verrilli@mto.com <br> ginger.anders@mto.com <br><br> Kuruvilla J. Olasa (admitted pro hac vice) <br> James R. Salzmann (admitted pro hac vice) <br> Miranda E. Rehaut (admitted pro hac vice) <br> Adeel Mohammadi (admitted pro hac vice) <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Grand Avenue, 50th Floor <br> Los Angeles, California 90071 <br> (213) 683-9100 <br> kuruvilla.olasa@mto.com <br> james.salzmann@mto.com <br> miranda.rehaut@mto.com <br> adeel.mohammadi@mto.com <br><br> *Counsel for Plaintiff* |