IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRA PERLMUTTER,<br><br>*Plaintiff*,<br><br>v.<br><br>TODD BLANCHE *et al.*,<br><br>*Defendants*. | Case No. 25-cv-01659-TJK |

**PLAINTIFF SHIRA PERLMUTTER'S MOTION
FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, Plaintiff Shira Perlmutter, by undersigned counsel, respectfully moves for a preliminary injunction enjoining Defendants from unlawfully attempting to remove Ms. Perlmutter from her position as Register of Copyrights and Director of the U.S. Copyright Office. The precise contours of the order that Plaintiff seeks are provided in the proposed order attached to this Motion. Preliminary relief is necessary due to the exigency of the circumstances created by Defendants' unlawful conduct and the irreparable injuries that the requested preliminary injunction is intended to prevent.

The grounds for this Motion are set forth in the attached memorandum of law and its supporting declaration. A proposed order is attached.

Dated: June 10, 2025

Respectfully submitted,

*/s/ Allyson R. Scher*
Brian D. Netter (D.C. Bar No. 979362)
Allyson R. Scher (D.C. Bar No. 1616379)
Democracy Forward Foundation

1

P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org

Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)
Ginger D. Anders (D.C. Bar. No. 494471)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
donald.verrilli@mto.com
ginger.anders@mto.com

Kuruvilla J. Olasa (admitted *pro hac vice*)
James R. Salzmann (admitted *pro hac vice*)
Miranda E. Rehaut  (admitted *pro hac vice*)
Adeel Mohammadi (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
kuruvilla.olasa@mto.com
james.salzmann@mto.com
miranda.rehaut@mto.com
adeel.mohammadi@mto.com

*Counsel for Plaintiff*