IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,

    *Plaintiff*,

v.

TODD BLANCHE *et al.*,

    *Defendants*.

Case No. 25-cv-01659-TJK

### [PROPOSED] ORDER GRANTING PLAINTIFF SHIRA PERLMUTTER'S MOTION FOR A PRELIMINARY INJUNCTION

This matter is before the Court on Plaintiff's Motion for a Preliminary Injunction. After consideration of that Motion and all related filings, it is hereby ORDERED that Plaintiff's Motion is GRANTED for substantially the same reasons raised in Plaintiff's memorandum in support of her Motion. The Court therefore ORDERS:

1. That Defendant Todd Blanche is enjoined from exercising the powers of acting Librarian of Congress, all Defendants are enjoined from purporting to appoint any other individual to be acting Librarian of Congress, and Defendant Paul Perkins is enjoined from exercising the powers of acting Register of Copyrights;

2. That Defendants not attempt to remove Plaintiff Shira Perlmutter from her office as Register of Copyrights and Director of the Copyright Office; or in any way treat her as having been removed, denied, or obstructed in accessing any of the benefits or resources of her office; or otherwise obstruct her ability to carry out her duties, absent a decision by a lawfully appointed Librarian of Congress to remove her from that office;

3. That Defendants not treat any individual other than Plaintiff Shira Perlmutter as the Register of Copyrights and Director of the Copyright Office, absent a decision by a lawfully appointed Librarian of Congress to remove her from that office; and

4. That Defendants take no steps to appoint an acting Librarian of Congress because they do not possess that authority under the U.S. Constitution or pursuant to the Federal Vacancies Reform Act.

1

**SO ORDERED.**

Dated: _____ _____
HON. TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE