IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Shira Perlmutter, Register of Copyrights and Director of the
U.S. Copyright Office
                        Plaintiff

                                   vs.                    Case No.: 1:25-cv-01659-TJK

Todd Blanche, in his capacity as the person claiming to be
acting Librarian of Congress, et al.
                        Defendants

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial before a United States Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief (Emergency Temporary Restraining Order Sought); Standing Order in Civil Cases; Plaintiff Shira Perlmutter's Motion for a Temporary Restraining Order; Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order; (Proposed) Order Granting Plaintiff Shira Perlmutter's Motion for a Temporary Restraining Order; and Declaration of Shira Perlmutter wih Exhibits

SERVE TO: Executive Office of the President

SERVICE ADDRESS: 1600 Pennsylvania Avenue, NW, Washington, DC 20500

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Executive Office of the President, 1600 Pennsylvania Avenue, NW, Washington, DC 20500 on 05/28/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9414 8362 0855 1282 9334 72. Service was signed for on 06/09/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/18/2025

                                                                                   Carrie Hollingshed

                                                     Client Ref Number: Perlmutter v. Blanche
                                                                          Job #:13393376

**UNITED STATES POSTAL SERVICE**

June 9, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8362 0855 1282 9334 72**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 9, 2025, 4:21 am |
| **Location:** | WASHINGTON, DC 20500 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | EXECUTIVE OFFICE OF THE PRESIDENT |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten: Whitehouse 20500/20503]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Executive Office of the President
1600 Pennsylvania Avenue, NW
Washington, DC 20500
Reference #: 13393376