UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,

    *Plaintiff*,

v.

TODD BLANCHE et al.,

    *Defendants*.

Civil Action No. 25-1659 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff Shira Perlmutter's Motion to Dismiss, ECF No. 24, is **DENIED**.

    **SO ORDERED.**

    /s/ Timothy J. Kelly
    TIMOTHY J. KELLY
    United States District Judge

Date: July 30, 2025