IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRA PERLMUTTER,<br><br>*Plaintiff*,<br><br>v.<br><br>TODD BLANCHE *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01659-TJK |

## JOINT STATUS REPORT

Pursuant to the Court's July 30, 2025 order, the parties have conferred and respectfully request that the Court enter the following briefing schedule for the parties' cross-motions for summary judgment:

| | |
|---|---|
| Answer | 14 days after cross-motions for summary judgment are resolved, if necessary |
| Plaintiff's Motion for Summary Judgment | September 8, 2025 |
| Defendants' Combined Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment | September 22, 2025 |
| Plaintiff's Combined Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment | October 6, 2025 |
| Defendants' Reply in Support of Cross-Motion for Summary Judgment | October 14, 2025 |
| Hearing | Week of November 3, 2025 |

Dated: August 6, 2025

/s/ Benjamin Hayes (with permission)
BENJAMIN HAYES
Senior Counsel to the
  Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-8214
Benjamin.T.Hayes@usdoj.gov

*Counsel for Defendants*

Respectfully,

/s/ Allyson R. Scher
Brian D. Netter (D.C. Bar No. 979362)
Allyson R. Scher (D.C. Bar No. 1616379)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org

Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)
Ginger D. Anders (D.C. Bar No. 494471)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
donald.verrilli@mto.com
ginger.anders@mto.com

Kuruvilla J. Olasa (admitted pro hac vice)
Miranda E. Rehaut (admitted pro hac vice)
Adeel Mohammadi (admitted pro hac vice)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
kuruvilla.olasa@mto.com
james.salzmann@mto.com
miranda.rehaut@mto.com
adeel.mohammadi@mto.com

*Counsel for Plaintiff*