UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,

    *Plaintiff*,

v.

TODD BLANCHE et al.,

    *Defendants*.

Civil Action No. 25-1659 (TJK)

### ORDER

For the reasons set forth in the Court's accompanying Memorandum, it is hereby **ORDERED** that Plaintiff Shira Perlmutter's Emergency Motion for Injunction Pending Appeal, ECF No. 43, is **DENIED**.

**SO ORDERED.**

                                                  /s/ Timothy J. Kelly
                                                TIMOTHY J. KELLY
                                                United States District Judge

Date: August 20, 2025