IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRA PERLMUTTER,<br><br>*Plaintiff*,<br><br>v.<br><br>TODD BLANCHE *et al.*,<br><br>*Defendants*. | Case No. 25-cv-01659-TJK |

### PLAINTIFF SHIRA PERLMUTTER'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Shira Perlmutter respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56. The grounds for summary judgment are set forth in Plaintiff's statement of material facts not in dispute, supporting declaration, exhibits, and memorandum of law in support of motion for summary judgment. A proposed order is attached.

Dated: September 8, 2025

Respectfully submitted,

/s/ Allyson R. Scher
Brian D. Netter (D.C. Bar No. 979362)
Allyson R. Scher (D.C. Bar No. 1616379)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org

Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)
Ginger D. Anders (D.C. Bar. No. 494471)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001

(202) 220-1100
donald.verrilli@mto.com
ginger.anders@mto.com

Kuruvilla J. Olasa (*pro hac vice* admitted)
Miranda E. Rehaut (*pro hac vice* admitted)
Adeel Mohammadi (*pro hac vice* admitted)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
kuruvilla.olasa@mto.com
miranda.rehaut@mto.com
adeel.mohammadi@mto.com

*Counsel for Plaintiff*