IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,

    *Plaintiff*,

v.

TODD BLANCHE *et al.*,

    *Defendants*.

Case No. 25-cv-01659-TJK

## [PROPOSED] ORDER GRANTING PLAINTIFF SHIRA PERLMUTTER'S MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on the parties' cross-motions for summary judgment. Upon consideration of the motions and all related filings, it is hereby

**ORDERED** that Plaintiff's motion for summary judgment is **GRANTED** and Defendants' motion for summary judgment is **DENIED**. It is further

**DECLARED** that the President lacks authority to remove Plaintiff Shira Perlmutter from her position as Register of Copyrights, that the Federal Vacancies Reform Act does not authorize the President to appoint an acting Librarian of Congress, that the President lacks the authority to appoint Todd Blanche as acting Librarian of Congress, and that Plaintiff's termination as acting Register, Todd Blanche's appointment as acting Librarian, and Paul Perkins's appointment as acting Register are void and without legal effect. It is further

**ORDERED** that Defendants are permanently ENJOINED from removing Ms. Perlmutter from her position or in any way treating her as having been removed, from denying her the benefits of that position, and from obstructing her ability to carry out that position, absent a decision by a lawfully appointed Librarian of Congress to remove her from that office. It is further

1

**ORDERED** that Todd Blanche is enjoined from serving as "acting" Librarian of Congress and from carrying out the duties of that position, absent a lawful appointment under Article II of the United States Constitution.  It is further

**ORDERED** that Defendants may not appoint Todd Blanche or any other individual as an "acting" Librarian of Congress, and may not appoint Todd Blanche or any other individual as the permanent Librarian of Congress, absent Senate confirmation.  It is further

**ORDERED** that Defendant Paul Perkins is enjoined from exercising the powers of the acting Register of Copyrights.  It is further

**ORDERED** that any actions taken by Todd Blanche in his role as "acting" Librarian of Congress or any other improperly appointed person as an officer of the Library of Congress are void *ab initio* and without any legal effect.  It is

**SO ORDERED.**


Dated: _____            _____
                                                                           TIMOTHY J. KELLY
                                                                           UNITED STATES DISTRICT JUDGE