IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRA PERLMUTTER,<br><br>*Plaintiff*,<br><br>v.<br><br>TODD BLANCHE *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01659 |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants respectfully cross-move for summary judgment pursuant to Federal Rule of Civil Procedure 56. In support of this motion, Defendants refer the Court to the accompanying Memorandum in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment.

1

Dated: September 22, 2025               Respectfully submitted,

>BRETT A. SHUMATE
>Assistant Attorney General
>
>YAAKOV M. ROTH
>Principal Deputy Assistant Attorney General
>
>ERIC J. HAMILTON
>Deputy Assistant Attorney General
>
>CHRISTOPHER R. HALL
>Assistant Branch Director
>Federal Programs Branch
>
>*/s/ Benjamin Hayes*
>BENJAMIN HAYES
>Senior Counsel to the Assistant Attorney General, Civil Division
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530
>(202) 514-8214
>Benjamin.T.Hayes@usdoj.gov
>
>*Counsel for Defendants*