IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,

*Plaintiff*,

v.

TODD BLANCHE *et al.*,

*Defendants*.

Case No. 1:25-cv-01659

**PLAINTIFF'S COUNTER-STATEMENT OF DISPUTED FACTS**

| 1 | Plaintiff Shira Perlmutter was appointed to serve as the Register of Copyrights in October 2020 by then-Librarian of Congress, Carla D. Hayden. ECF No. 49-3 ¶ 1. | Admitted. |
|---|---|---|
| 2 | President Trump removed Carla D. Hayden from her position as Librarian of Congress on May 8, 2025. ECF No. 49-3 ¶ 5. | Admitted. |
| 3 | On May 9, 2025, the President issued a memorandum directing the Deputy Attorney General, Todd Blanche, "to perform the duties of the office of the Librarian of Congress." ECF No. 49-5 at 2. | Admitted. |
| 4 | On May 10, 2025, Trent Morse, the Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, sent an email to Plaintiff stating that her "position as the Register of Copyrights and Director of the U.S. Copyright | Admitted. |

|   |   |   |
|---|---|---|
|   | Office is terminated effective immediately." ECF No. 49-4. |   |
| 5 | On May 11, 2025, Mr. Blanche designated Paul Perkins as the acting Register of Copyrights and Director of the U.S. Copyright Office. ECF No. 49-5 at 1. | Admitted. |
| 6 | On May 11, 2025, Mr. Blanche designated Brian Nieves as the Acting Principal Deputy Librarian of the Library of Congress. ECF No. 49-5 at 1. | Admitted. |
| 7 |   | Under the Library of Congress's regulations issued pursuant to 2 U.S.C. § 136, the Principal Deputy Librarian, Robert R. Newlen, replaced Dr. Hayden as acting Librarian upon her termination. Perlmutter Decl. ¶ 5. |
| 8 |   | On May 9, 2025, Ms. Perlmutter issued in pre-publication format Part 3 of a report on Copyright and Artificial Intelligence. This Part, subtitled "Generative AI Training," addressed the use of copyrighted works in the development of generative AI systems. *See* U.S. Copyright Off., Copyright and Artificial Intelligence Part 3: Generative AI Training (May 2025), https://perma.cc/3J9F-7SQN; *see* Perlmutter Decl. ¶ 7. |
| 9 |   | Ms. Perlmutter had been working on the fourth and final installment of the Copyright and Artificial Intelligence report, which she had expected to release this past the summer. Perlmutter Decl. ¶ 7. |
| 10 |   | On May 12, Brian Nieves, Chief of Staff and Senior Policy Counsel to Deputy Attorney General Todd Blanche, and Paul Perkins, Associate Deputy Attorney General to Mr. Blanche, arrived at the Library of Congress and requested access to the U.S. Copyright Office. Perlmutter Decl. ¶ 10. |
| 11 |   | Mr. Nieves and Mr. Perkins showed Library staff a letter from the White House purporting |

|    |    |    |
|----|----|----|
|    |    | to appoint Mr. Blanche to the position of acting Librarian of Congress pursuant to the Federal Vacancies Reform Act.  Perlmutter Decl. ¶ 10; *see also id.*, Exhibit B. |
| 12 |    | Mr. Nieves and Mr. Perkins also showed Library staff an email from Mr. Blanche, stating that he had selected Mr. Nieves to serve as the acting Principal Deputy Librarian, and Mr. Perkins to serve as the acting Register of Copyrights and Director of the U.S. Copyright Office.  Perlmutter Decl. ¶ 10. |
| 13 |    | Mr. Nieves and Mr. Perkins subsequently left the premises.  Perlmutter Decl. ¶ 10. |
| 14 |    | To date, officials at the Library of Congress have not recognized Mr. Blanche as the acting Librarian.  Perlmutter Decl. ¶¶ 10–11. |
| 15 |    | To date, officials at the Library of Congress have not recognized Mr. Nieves as the Register of Copyrights.  Perlmutter Decl. ¶¶ 10–11. |
| 16 |    | To date, Mr. Blanche, Mr. Perkins, and Mr. Nieves have not assumed control over the Library of Congress's or Copyright Office's operations.  Perlmutter Decl. ¶¶ 10–11. |
| 17 |    | To date, Ms. Perlmutter has not received any communication from Library of Congress leadership that purports to terminate her employment as Register of Copyrights.  Perlmutter Decl. ¶ 13. |

Dated:  October 6, 2025                    Respectfully submitted,

*/s/ Allyson R. Scher*
Brian D. Netter (D.C. Bar No. 979362)
Allyson R. Scher (D.C. Bar No. 1616379)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bnetter@democracyforward.org
ascher@democracyforward.org

Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)

Ginger D. Anders
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
donald.verrilli@mto.com
ginger.anders@mto.com

Kuruvilla J. Olasa (pro hac vice admitted)
Miranda E. Rehaut (pro hac vice admitted)
Adeel Mohammadi (pro hac vice admitted)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
kuruvilla.olasa@mto.com
miranda.rehaut@mto.com
adeel.mohammadi@mto.com

Counsel for Plaintiff