IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRA PERLMUTTER,<br><br>*Plaintiff*,<br><br>v.<br><br>TODD BLANCHE *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01659 |

**DEFENDANTS' REPLY TO PLAINTIFF'S COUNTER-STATEMENT
OF MATERIAL FACTS NOT IN DISPUTE**

| 1 | Shira Perlmutter was appointed to serve as the Register of Copyrights in October 2020 by then-Librarian of Congress, Carla D. Hayden. Declaration of Shira Perlmutter ("Perlmutter Decl.") ¶ 1. | Admitted. |
|---|---|---|
| 2 | President Trump removed Carla D. Hayden from her position as Librarian of Congress on May 8, 2025. Perlmutter Decl. ¶ 5. | Admitted. |
| 3 | On May 9, 2025, the President issued a memorandum directing the Deputy Attorney General, Todd Blanche, "to perform the duties of the office of the Librarian of Congress." ECF No. 49-5. | Admitted. |
| 4 | On May 10, 2025, Trent Morse, the Deputy Assistant to the President and Deputy Director of the White House Presidential Personnel Office, sent an email to Ms. Perlmutter stating that her "position as the Register of Copyrights and Director of the U.S. Copyright Office is terminated effective immediately." ECF No. 49-4. | Admitted. |
| 5 | On May 11, 2025, Mr. Blanche designated Paul Perkins as the acting Register of Copyrights and Director of the U.S. Copyright Office. ECF No. 49-5. | Admitted. |
| 6 | On May 11, 2025, Mr. Blanche designated Brian Nieves as the Acting Principal Deputy Librarian of the Library of Congress. ECF No. 49-5. | Admitted. |

1

| | | |
|---|---|---|
| 7 | Denied. The Library of Congress regulations apply "in the absence or temporary unavailability" of the Librarian. ECF No. 7-1. The Librarian's permanent removal (ECF No. 49-3 ¶ 5) by the President is not encompassed by the terms of the regulation. In addition, this statement reflects a legal conclusion. | Under the Library of Congress's regulations issued pursuant to 2 U.S.C. § 136, the Principal Deputy Librarian, Robert R. Newlen, replaced Dr. Hayden as acting Librarian upon her termination. Perlmutter Decl. ¶ 5. |
| 8 | Admitted, except that this paragraph is not material to either parties' motion for summary judgment. | On May 9, 2025, Ms. Perlmutter issued in pre-publication format Part 3 of a report on Copyright and Artificial Intelligence. This Part, subtitled "Generative AI Training," addressed the use of copyrighted works in the development of generative AI systems. *See* U.S. Copyright Off., Copyright and Artificial Intelligence Part 3: Generative AI Training (May 2025), https://perma.cc/3J9F-7SQN; *see* Perlmutter Decl. ¶ 7. |
| 9 | Admitted, except that this paragraph is not material to either parties' motion for summary judgment. | Ms. Perlmutter had been working on the fourth and final installment of the Copyright and Artificial Intelligence report, which she had expected to release this past the summer. Perlmutter Decl. ¶ 7. |
| 10 | Admitted. | On May 12, Brian Nieves, Chief of Staff and Senior Policy Counsel to Deputy Attorney General Todd Blanche, and Paul Perkins, Associate Deputy Attorney General to Mr. Blanche, arrived at the Library of Congress and requested access to the U.S. Copyright Office. Perlmutter Decl. ¶ 10. |
| 11 | Admitted. | Mr. Nieves and Mr. Perkins showed Library staff a letter from the White House purporting to appoint Mr. Blanche to the position of acting Librarian of Congress pursuant to the Federal Vacancies Reform Act. Perlmutter Decl. ¶ 10; *see also id.*, Exhibit B. |
| 12 | Admitted. | Mr. Nieves and Mr. Perkins also showed Library staff an email from Mr. Blanche, stating that he had selected Mr. Nieves to serve as the acting |

2

|    |                                                                                                   |                                                                                                                                                                                       |
|----|---------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                                                                                                   | Principal Deputy Librarian, and Mr. Perkins to serve as the acting Register of Copyrights and Director of the U.S. Copyright Office. Perlmutter Decl. ¶ 10.                           |
| 13 | Admitted.                                                                                         | Mr. Nieves and Mr. Perkins subsequently left the premises. Perlmutter Decl. ¶ 10.                                                                                                     |
| 14 | Admitted, except that this paragraph is not material to either parties' motion for summary judgment. | To date, officials at the Library of Congress have not recognized Mr. Blanche as the acting Librarian. Perlmutter Decl. ¶¶ 10–11.                                                     |
| 15 | Admitted, except that the paragraph is not material to either parties' motion for summary judgment.  | To date, officials at the Library of Congress have not recognized Mr. Nieves as the Register of Copyrights. Perlmutter Decl. ¶¶ 10–11.                                                |
| 16 | Admitted, except that this paragraph is not material to either parties' motion for summary judgment. | To date, Mr. Blanche, Mr. Perkins, and Mr. Nieves have not assumed control over the Library of Congress's or Copyright Office's operations. Perlmutter Decl. ¶¶ 10–11.                |
| 17 | Admitted, except that this paragraph is not material to either parties' motion for summary judgment. | To date, Ms. Perlmutter has not received any communication from Library of Congress leadership that purports to terminate her employment as Register of Copyrights. Perlmutter Decl. ¶ 13. |

Dated: December 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Benjamin Hayes*
BENJAMIN HAYES
Senior Counsel to the Assistant Attorney General, Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-8214
Benjamin.T.Hayes@usdoj.gov

*Counsel for Defendants*