# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,
     Plaintiff,

  v.

TODD BLANCHE, in his official capacity as
Acting Librarian of Congress,
     Defendant.

Case No. 1:25-cv-1659 (TJK)

# REQUEST FOR ACCOMMODATION

Alvaro E. Siman, proposed Amicus Curiae, respectfully requests that the Court grant the following accommodations pursuant to the Court's inherent authority to manage its docket and consistent with Judicial Conference policies on accessibility.

## Basis for Request

1.    I am an individual with a documented visual impairment that affects my ability to process high volumes of electronic communications and screen-based information.

2.    This impairment creates difficulty managing unsolicited electronic communications that may result from publication of contact information on public court dockets.

3.    I am able to receive and respond to correspondence delivered by U.S. Mail,

1

RECEIVED
Mailroom

APR 15 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

which allows me to process documents at a pace compatible with my limitations.

## Accommodations Requested

4.      **Service by U.S. Mail.** I respectfully request that the Court permit service of any orders, notices, or other correspondence upon me by U.S. Mail to the following address:

Alvaro E. Siman, 221 Donax Ave – Unit 1, Imperial Beach, CA 91932

5.      **Redaction of Contact Information.** I respectfully request that my telephone number and email address be omitted from the public docket to the extent permitted by the Local Rules and the Court's inherent authority to manage its docket.

6.      My complete contact information, including telephone number and email address, is available to the Court and to opposing parties upon request.

## Legal Authority

7.      Federal courts possess inherent authority to manage their dockets and to adopt procedures that ensure meaningful access to the judicial process. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) (recognizing courts' inherent powers "governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs").

8.      The Judicial Conference of the United States has adopted policies encouraging federal courts to provide reasonable accommodations to ensure access for individuals with disabilities. These accommodations are within the Court's discretion and do not require statutory authorization.

9.      The accommodations requested impose no burden on the Court or the parties. Service by mail is a routine alternative to electronic service. Redaction of personal contact information from public dockets is a common practice that protects litigants from harassment without impeding the administration of justice.

## Conclusion

For the foregoing reasons, I respectfully request that the Court grant the accommodations set forth above. A proposed order is submitted herewith.

Dated: _____4/13_____, 2026

Respectfully submitted,

_____
Alvaro E. Siman
Pro Se Amicus Curiae
221 Donax Ave – Unit 1
Imperial Beach, CA 91932