# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,
     Plaintiff,

   v.

TODD BLANCHE, in his official capacity as
Acting Librarian of Congress,
     Defendant.

Case No. 1:25-cv-1659 (TJK)

# [PROPOSED] ORDER GRANTING
# REQUEST FOR ACCOMMODATION

Upon consideration of the Request for Accommodation filed by Alvaro E. Siman, proposed Amicus Curiae, and consistent with the Court's inherent authority to manage its docket and Judicial Conference policies on accessibility, it is hereby

**ORDERED** that the Request for Accommodation is **GRANTED**; and it is further

**ORDERED** that service of any orders, notices, or other correspondence upon Alvaro E. Siman shall be made by U.S. Mail to the address of record; and it is further

**ORDERED** that Alvaro E. Siman's telephone number and email address shall be omitted from the public docket to the extent permitted by the Local Rules and the Court's inherent authority.

**SO ORDERED.**

Dated: _____

RECEIVED
Mailroom

APR 15 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

_____
HONORABLE TIMOTHY J. KELLY
United States District Judge