# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,
   *Plaintiff,*

   v.

TODD BLANCHE, in his official capacity as
Acting Librarian of Congress, et al.,
   *Defendants.*

Case No. 1:25-cv-1659 (TJK)

## CERTIFICATE OF SERVICE

I hereby certify that on ___4/13___, 2026, a true and correct copy of the following documents:

1. Motion for Leave to File Brief as Amicus Curiae

2. Declaration of Alvaro E. Siman with Exhibit A

3. Proposed Brief as Amicus Curiae

4. [Proposed] Order Granting Leave to File Brief as Amicus Curiae

5. Request for Accommodation

6. [Proposed] Order Granting Request for Accommodation

7. Notice to Library of Congress

was served via U.S. Mail, postage prepaid, on the following:

**Counsel for Plaintiff:**
   Donald B. Verrilli, Jr.
   Ginger D. Anders
   Munger, Tolles & Olson LLP

RECEIVED
Mailroom

APR 15 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

601 Massachusetts Avenue, N.W.
Suite 500 E
Washington, D.C. 20001

**Counsel for Defendants:**

Federal Programs Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Respectfully submitted,

Alvaro E. Siman
221 Donax Ave – Unit 1
Imperial Beach, CA 91932
*Proposed Amicus Curiae, Pro Se*