UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRA PERLMUTTER,

    Plaintiff,

v.

TODD BLANCHE, in his official capacity as
Acting Librarian of Congress,

    Defendant.

Case No. 1:25-cv-1659 (TJK)

# [PROPOSED] ORDER GRANTING LEAVE TO FILE

# BRIEF AS AMICUS CURIAE

Upon consideration of the Motion for Leave to File Brief as Amicus Curiae filed by Alvaro E. Siman, and the Court being fully advised, it is hereby

**ORDERED** that the Motion for Leave to File Brief as Amicus Curiae is **GRANTED**; and it is further

**ORDERED** that the Clerk shall file the proposed Brief as Amicus Curiae submitted by Alvaro E. Siman.

**SO ORDERED.**

Dated: _____

HONORABLE TIMOTHY J. KELLY
United States District Judge

RECEIVED
Mailroom

APR 15 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia