Alvaro E. Siman
221 Donax Ave – Unit 1
Imperial Beach, CA 91932
[DATE]

Clerk of Court
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    *Perlmutter v. Blanche*, Case No. 1:25-cv-1659 (TJK)
Filings by Proposed Amicus Curiae Alvaro E. Siman

Dear Clerk:

Enclosed for filing in the above-captioned matter, please find the following documents:

1.    Motion for Leave to File Brief as Amicus Curiae
2.    Declaration of Alvaro E. Siman with Exhibit A
3.    Proposed Brief as Amicus Curiae
4.    [Proposed] Order Granting Leave to File Brief as Amicus Curiae
5.    Request for Accommodation
6.    [Proposed] Order Granting Request for Accommodation

Also enclosed is a courtesy copy of the Motion for Leave to File Brief as Amicus Curiae and a self-addressed stamped envelope. I respectfully request that the Clerk file-stamp the courtesy copy and return it to me in the enclosed envelope for my records.

As set forth in the Request for Accommodation, I have a documented visual impairment that affects my ability to process high volumes of electronic communications. I respectfully request that service upon me be made by U.S. Mail.

Thank you for your assistance.

Respectfully submitted,

Alvaro E. Siman

*Enclosures (as listed above, plus courtesy copy and SASE)*

RECEIVED
Mailroom

APR 1 5 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia