**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHIRA PERLMUTTER,

    *Plaintiff*,

v.

TODD BLANCHE *et al.*,

    *Defendants*.

Case No. 25-cv-01659-TJK

**NOTICE OF WITHDRAWAL OF COUNSEL**

To:    The Clerk of Court and all parties of record:

Pursuant to Local Civil Rule 83.6(b), the following attorneys from the law firm Munger, Tolles & Olson LLP respectfully withdraw their appearance as counsel for Plaintiff Shira Perlmutter:

1. Donald B. Verrilli, Jr.

2. Ginger D. Anders

3. Kuruvilla J. Olasa

4. James R. Salzmann

5. Miranda E. Rehaut

6. Adeel Mohammadi

Plaintiff will continue to be represented by Brian D. Netter and Allyson R. Scher of Democracy Forward Foundation.

Dated: July 31, 2026                Respectfully submitted,

1

/s Donald B. Verrilli, Jr.
Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
/s Ginger D. Anders
Ginger D. Anders (D.C. Bar No. 494471)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
donald.verrilli@mto.com
ginger.anders@mto.com

/s Kuruvilla J. Olasa
Kuruvilla J. Olasa (admitted *pro hac vice*)
/s James R. Salzmann
James R. Salzmann (admitted *pro hac vice*)
/s Miranda E. Rehaut
Miranda E. Rehaut (admitted *pro hac vice*)
/s Adeel Mohammadi
Adeel Mohammadi (admitted *pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
(213) 683-9100
kuruvilla.olasa@mto.com
james.salzmann@mto.com
miranda.rehaut@mto.com
adeel.mohammadi@mto.com

Agreed to per Local Civil Rule 83.6(b):

Plaintiff Shira Perlmutter

2